IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| PAUL VINCENT, ) | |
| ) | |
| Plaintiff, ) | Civ. No. 3:11-cv-05191-RBL-JRC |
| ) | |
| vs. ) | |
| ) | ORDER AMENDING |
| MICHAEL J. ASTRUE, ) | BRIEFING SCHEDULE |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

Based on the stipulated motion and the agreement of the parties (ECF No. 11), the briefing schedule shall be amended as follows:

Plaintiff shall have to and including **August 26, 2011**, to file Plaintiff's Opening Brief.

Defendant shall have to and including **September 23, 2011**, to file Defendant's response brief.

Plaintiff shall have to and including **October 7, 2011**, to file Plaintiff's reply brief.

Oral argument, if desired, shall be requested by October 14, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER TO AMEND BRIEFING SCHEDULE
[3:11-cv-05191-RBL-JRC]
Page 1 of 1