HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAUL VINCENT,

                Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration

                Defendant.

No. 11-cv-5159 RBL-JRC

Order

[Dkt. #23]

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) The case is **REVERSED** and **REMANDED** to the administration for consideration pursuant to the Report.

(3) **JUDGMENT** is for Plaintiff, and the Clerk is directed to close the case.

Dated this 2J day of March 2012.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order - 1