U.S. District Court Magistrate Judge J. Richard Creatura
U.S. District Court Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| PAUL VINCENT, | CIVIL NO. C11-5191-RBL-JRC |
| Plaintiff, | AGREED ORDER RE EAJA FEES AND EXPENSES |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ORDERED that EAJA attorney's fees of $5,563.35, expenses in the amount of $17.13, and costs in the amount of $350, are awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Stephen A. Maddox, based upon Plaintiff's assignment of these amounts

AGREED ORDER RE EAJA FEES - Page 1
[C11-5191-RBL-JRC]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

to Plaintiff's attorney.  Any check for EAJA fees shall be mailed to Plaintiff's counsel, Stephen A. Maddox, at 410-A South Capitol Way, Olympia, WA 98501.

DATED: May 24, 2012.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

Presented by:

/s/ Stephen A. Maddox
STEPHEN A. MADDOX, WSBA #10682
Attorney for Plaintiff

Approved for entry,
Notice of presentation waived:

/s/ Nancy Mishalanie
NANCY MISHALANIE
Special Assistant U.S. Attorney
Attorney for Defendant
*(signed per email authorization)*

AGREED ORDER RE EAJA FEES  - Page 2
[C11-5191-RBL-JRC]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276